# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RICKIE L. SORENSEN,**
        **Plaintiff,**

**and**                                                      Case No. 04-C-1085

**HUMANA WISCONSIN HEALTH**
**ORGANIZATION INSURANCE**
**CORPORATION,**
        **Involuntary Plaintiff,**

**v.**

**HARCO NATIONAL INSURANCE COMPANY,**
**Q CARRIERS, INC., and DAVID E. BASEDEN,**
        **Defendants.**

---

## ORDER TRANSFERRING CASE TO MAGISTRATE JUDGE

The parties having consented to the exercise of jurisdiction by the magistrate judge,

**IT IS HEREBY ORDERED** pursuant to General L.R. 3.1(a)(2) and General L.R. 73.1, that this action is transferred to the assigned United States Magistrate Judge for all further proceedings.

Dated this 16th day of April, 2005.

                                                    s/Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge